UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

KENYATTA NALLS,
        Plaintiff,        Civil Action No.: 11-12670
                                Honorable Arthur J. Tarnow
v.                            Magistrate Judge Elizabeth A. Stafford

BENNY N. NAPOLEAN, *et al.*,

        Defendants.
_____/

## ORDER

On March 12, 2015, plaintiff Kenyatta Nalls, a prisoner proceeding *pro se*, issued a Federal Rule of Civil Procedure 45 subpoena to third-party Michigan Department of Corrections ("MDOC"), seeking a copy of his medical records. [R. 63-1]. On April 3, 2015, Nalls moved this Court for an order requiring MDOC to comply with the subpoena. [R. 64]. However, it does not appear that Nalls ever served MDOC with a copy of his motion, and to date MDOC has not responded. [*Id.*].

Therefore, **IT IS ORDERED** that **ON OR BEFORE May 8, 2015**, Nalls shall submit to this Court a certificate of service, demonstrating he has served MDOC with a copy of his motion. MDOC shall then have fourteen (14) days from the date of service in which to file a response.

**IT IS SO ORDERED**.

Dated: April 22, 2015  
Detroit, Michigan

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 22, 2015.

s/Marlena Williams  
MARLENA WILLIAMS  
Case Manager