UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENYATTA NALLS,                                    Case No. 11-12670

              Plaintiff,                         SENIOR U.S. DISTRICT JUDGE
                                                   ARTHUR J. TARNOW

    v.

                                                   U.S. MAGISTRATE JUDGE
BENNY N. NAPOLEAN, ET AL.,                         ELIZABETH A. STAFFORD

              Defendants.
_____/

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION [50], DISMISSING PLAINTIFF'S CLAIMS FOR MONETARY DAMAGES AGAINST DEFENDANTS IN THEIR OFFICIAL CAPACITIES, AND MOOTING PREVIOUS R&RS [46], [16] AND OBJECTION [21]

On January 21, 2015, the Magistrate Judge issued an Amended Report and Recommendation ("R&R") [50] recommending that the Court dismiss *sua sponte* Plaintiff's claims in his Amended Complaint [42] for monetary damages against Defendants in their official capacities. The time to file objections has passed and no objection to the Amended R&R [50] was filed.

The Amended R&R [50] replaces the first R&R [46], which the Magistrate Judge entered on the same day. The previous R&R [16] and Defendants' Objection thereto [21] pertained to Plaintiff's Original Complaint [1]. Consequently, the R&Rs [46], [16] and Objection [21] are moot.

The Court has reviewed the record in this case.  The Amended R&R [50] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's claims in his Amended Complaint [42] for monetary damages against Defendants in their official capacities are **DISMISSED**.

**IT IS FURTHER ORDERED** that the R&Rs [16], [46] and Objection [21] are **MOOT**.

**SO ORDERED**.


                                            s/Arthur J. Tarnow
                                            Arthur J. Tarnow
Dated: April 27, 2015                       Senior United States District Judge